Ashe P. Puri (SBN 297814)
apuri@nixonpeabody.com
Nixon Peabody LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6100

Sasha Rao (SBN 244303)
srao@nixonpeabody.com
Brandon Stroy (SBN 289090)
bstroy@nixonpeabody.com
Nixon Peabody LLP
1 Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendant
Performance Solutions, LLC

Yue Xu (SBN 274744)
robert.xu@apex-attorneys.com
Apex Attorneys at Law, LLP
160 Alamo Plaza #942
Alamo, CA 94507
Telephone: (40) 647-5296
Facsimile: (408) 458-2551

Attorneys for Plaintiff
Shenzhen Ouruiyu Technology Co., Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN OURUIYU TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> PERFORMANCE SOLUTIONS, LLC, <br><br> Defendant. | Case No. 4:24-cv-03366-HSG <br><br> **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (as modified)** <br><br> **Local Rule 6-2** |

WHEREAS, Plaintiff Shenzhen Ouruiyu Technology Co., Ltd. ("Plaintiff") filed its Complaint in the above-captioned matter on June 4, 2024. [Dkt. 1.]

WHEREAS, on August 26, 2024, the Court entered an Order granting the parties' stipulation to continue the initial case management conference and related deadlines [Dkt. 13]. Pursuant to the August 26, 2024, Order, the Court set the following case management dates and deadlines:

| Case Management Event | Deadline |
|---|---|
| Deadline to file ADR Certification. (See ADR L.R. 3) | 9/17/2024 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 10/1/2024 |
| Initial Case Management Conference: | 10/8/2024 at 2:00 PM |

WHEREAS, the Parties are currently discussing settlement and have made significant progress. The Parties have met and conferred regarding the current case management deadlines and believe that the continuance of the Initial Case Management Conference, and all related deadlines, requested herein will facilitate the Parties' settlement discussions and potentially conserve the Court's limited resources.

WHEREAS, the Parties believe that continuing the Initial Case Management Conference to no earlier than November 8, 2024, would permit the Parties to focus their attention on settlement.

WHEREAS, pursuant to Local Rule 6-2(a), the parties may request "an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules."

WHEREAS, pursuant to Local Rule 6-2(a), the stipulated request made herein is accompanied by the Declaration of Ashe P. Puri in support hereof.

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and request an order from the Court as follows:

1. The Initial Case Management Conference scheduled for October 8, 2024, shall be continued and reset for a date no earlier than November 8, 2024, subject to the Court's convenience and availability; and
2. The other deadlines set in the Court's June 5, 2024, Order shall each be extended by thirty (30) days.

| | |
|---|---|
| 1    Dated: October 1, 2024 | NIXON PEABODY LLP |

By /s/ *Ashe P. Puri*
Ashe P. Puri (SBN 297814)
Nixon Peabody LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6100

Sasha Rao (SBN 244303)
srao@nixonpeabody.com
Brandon Stroy (SBN 289090)
bstroy@nixonpeabody.com
Nixon Peabody LLP
1 Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone:  (415) 984-8200
Facsimile:  (415) 984-8300

*Attorneys for Defendant*
*Performance Solutions, LLC*


Apex Attorneys at Law, LLP

By  /s/ YUE XU
Yue Xu (SBN 274744)
Apex Attorneys at Law, LLP
robert.xu@apex-attorneys.com
160 Alamo Plaza #942
Alamo, CA 94507
Telephone: (408) 647-5296
Facsimile: (408) 458-2551

Attorneys for Plaintiff
Shenzhen Ouruiyu Technology Co., Ltd.

-3-

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE
AND RELATED DEADLINES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The 10/8 cmc is continued to 11/12/24 at 2 p.m. via a Zoom webinar. The Zoom webinar information and instructions remain the same as previously provided in docket no. 8.

DATED: 10/1/2024

Hon. Haywood S Gilliam, Jr.
United States District Judge